UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14016-CR-GRAHAM

18 U.S.C. § 2422(b)

MAGISTRATE JUDGE
LYNCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH CRUTCHLEY,

        Defendant,
_____/



FILED by _____ D.C.

MAR - 1 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### Count 1

On or about February 12, 2007, in St. Lucie County, in the Southern District of Florida, the defendant,

**JOSEPH CRUTCHLEY,**

using facilities and means of interstate commerce, that is, America On-Line, an internet service provider, knowingly persuaded, induced, enticed or coerced an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, or attempted

to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

By: *[signature]*
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

*[signature]*
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**JOSEPH CRUTCHLEY,**

_____ Defendant

CASE NO. **07-14016**

**CR-GRAHAM**

CERTIFICATE OF TRIAL ATTORNEY

**MAGISTRATE JUDGE**
**LYNCH**

Superseding Case Information

New Defendant(s)          Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

Court Division:
___ Miami      ___ Key West
___ FTL        ___ WPB    _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**    List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_         Petty    ___
   II   6 to 10 days     ___         Minor    ___
   III  11 to 20 days    ___         Misdem.  ___
   IV   21 to 60 days    ___         Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **NO**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ **No**

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ **No**
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ **No**

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes _X_ **No**

_____
**COREY STEINBERG**
**Assistant United States Attorney**
Florida Bar No. 563234

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Case No. **07-14016 CR-GRAHAM**

Defendant's Name: **JOSEPH CRUTCHLEY**

MAGISTRATE JUDGE LYNCH

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Use of interstate commerce (the internet) to persuade, induce, or entice a minor to engage in sexual activity | 18:2422(b) | 5 year Mandatory Minimum to 30 Years Maximum $250,000 fine Supervised Release: Any term of years or Life. |