## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | Southern District of Florida |
|---|---|
| Name (under which you were convicted): Joseph Crutchley | Docket or Case No.: 07-14016-CR-GRAHAM/LYNCH |
| Place of Confinement: Federal Corrections Complex, Coleman Florida | Prisoner No.: 75908-004 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) Joseph Crutchley |

**08-14254**   v.

**CIV - GRAHAM**

**MOTION MAGISTRATE JUDGE**

FILED by ___ D.C.

JUL 14 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court

   Southern District of Florida , Courtroom 106

   300 South Sixth Street, Fort Pierce Florida, 34950

   (b) Criminal docket or case number (if you know): 07-14016-CR-GRAHAM/LYNCH

2. (a) Date of the judgment of conviction (if you know): DO NOT KNOW

   (b) Date of sentencing: July-16-2007

3. Length of sentence: 120 Months

4. Nature of crime (all counts): Title 18 USCS § 2422(B) Computer Solicitation of a Minor

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Plead guilty to Computer Solicitation of a Minor. Was not informed about any other chargers or counts as to this indictment.

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐
   N/A

08CV14254 Graham/White

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ❑  No ☒

8. Did you appeal from the judgment of conviction?  Yes ❑  No ☒

9. If you did appeal, answer the following:

(a) Name of court: _____  N/A

(b) Docket or case number (if you know): _____  N/A

(c) Result: _____  N/A

(d) Date of result (if you know): _____  N/A

(e) Citation to the case (if you know): _____  N/A

(f) Grounds raised: _____  N/A

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑  No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____  N/A

(2) Result: _____  N/A

_____

(3) Date of result (if you know): _____  N/A

(4) Citation to the case (if you know): _____  N/A

(5) Grounds raised: _____  N/A

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ❑  No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ___N/A___

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑   No ☒

(7) Result: _____N/A_____

(8) Date of result (if you know): ___N/A_____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____N/A_____

(2) Docket or case number (if you know): __N/A_____

(3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑   No ☒   N/A

(7) Result: _____N/A_____

(8) Date of result (if you know): ___N/A_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ❑   No ☒

(2) Second petition:    Yes ❑   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: <u>Movant was unaware of the alleged violations provided grounds for appeal; Primarily due to his inability to properly research this case by accessing an adequate law library.</u>

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Unlawful Arrest (False Arrest)</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>Movant was unlawfully arrested by the Saint Lucie County Sheriff's Detectives on false and fictitious criminal charges. Movants Federal court appointed legal counsel failed to make any motions to dimiss or challenge this unlawful arrest</u>

(b) Direct Appeal of Ground One: NONE
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❑  No ❑  N/A
    (2) If you did not raise this issue in your direct appeal, explain why:   N/A

(c) Post-Conviction Proceedings: NONE
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❑  No ❑  N/A
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:   N/A
    Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): __N/A_____

_____

(3) Did you receive a hearing on your motion, petition, or application?   NONE

    Yes ❑   No ❑   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): __N/A_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: __N/A_____

_____

_____

_____

GROUND TWO: __Movant was denied the right to legal counsel.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   The Saint Lucie County Court denied the movant his right to legal counsel. Movant requested legal counsel five times prior to being forced to attend a criminal arraignment with out the assistances of legal counsel nor did the Saint Lucie County Court attemp to appoint legal counsel to the movant.

(b) **Direct Appeal of Ground Two:**    NONE

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑   N/A

    (2) If you did not raise this issue in your direct appeal, explain why: _____ N/A _____

_____

(c) **Post-Conviction Proceedings:**    NONE

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ❑     N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: __N/A_____

_____

Docket or case number (if you know): __N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): __N/A_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑     N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑    N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑    N/A

    (6) If your answer to Question (c)(4) is "Yes," state:     N/A

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): ___N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available):__N/A_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND THREE: <u>Movants legal counsel appointed by the federal arraignment court was ineffective.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): <u>Movant was not competent to enter any plea or did the movant understand what was going on around him. Movant prior to and after pleading guilty suffered from several emotional nervous breakdowns in the presence of his court appointed legal counsel during legal visit to consult the movant in regards to movants criminal charges against him.  See(Memorandum of law attached) legal counsel refused to file any appeals on behalf of the Movant. This was stated to Movant by his legal counsel at the Movants sentencing.</u>

_____

(b) Direct Appeal of Ground Three:      NONE

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑   No ❑      N/A

    (2) If you did not raise this issue in your direct appeal, explain why: ____N/A_____

_____

(c) Post-Conviction Proceedings:      NONE

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑   No ❑      N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____N/A_____

    Name and location of the court where the motion or petition was filed: _____N/A_____

_____

    Docket or case number (if you know): ____N/A_____

    Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): ___N/A___

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A___

_____

Docket or case number (if you know): _____N/A___

Date of the court's decision: _____N/A___

Result (attach a copy of the court's opinion or order, if available): ___N/A___

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____N/A___

_____

_____

_____

_____

GROUND FOUR: ___Saint Lucie County Sheriff's Detectives and the Federal Prosecutor obtained evidence illegaly.___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Saint Lucie County Sheriff's Office and  the federal prosecutor used personal and legal property of the movants as evidence that was obtained pursuant to an unlawful arrest. Movant federal court appointed legal counsel failed to move for suppression of the evidence as requested by the movant See Memorandum of law

_____

_____

(b)  **Direct Appeal of Ground Four:**     NONE

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑  N/A

    (2) If you did not raise this issue in your direct appeal, explain why: _____N/A_____

_____

(c) **Post-Conviction Proceedings:**     NONE

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑     N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____N/A_____

    Name and location of the court where the motion or petition was filed: ___N/A___

    Docket or case number (if you know): __N/A__

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑     N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑     N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑   N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: __N/A__

    Docket or case number (if you know): _____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): _____N/A_____

GROUND FIVE: __Invalid Plea__

(a) supporting facts

Movants Guilty Plea was not made with the understanding of the nature of the charges or the consequences of his plea and the plea should be rendered as being entered unknowingly and involuntarily.

(b) Direct Appeal of Ground five:    NONE

(1) If you appealed from the judgement of conviction, did you raise this issue ? yes ( ) No ( )  N/A

(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(c) Post Conviction Proceedings:

(1) Did you raise this issue in any post - conviction motion, petition, or application?

Yes ( ) No ( )  N/A

(2) If your answer to question (c) (1) is "yes," state:
type of motion or petition:     N/A  NONE

Name and location of the court where the motion or petition was filed:
N/A NONE

Docket or case number_____N/A_____

Date of courts decision: N/A_____

results:(attach a copy of the courts opinion or order,if available)
N/A

GROUND SIX:_____ Movant is entitled to an evidentary hearing on his claim._____

_____

(a) Supporting facts

  Inquiry into the personal conversations and legal consultations between movant and his
 court appointed counsel is necessary for the proper assesment of the movant's claim and
 movant is entitled to develope and establish a full factual record of the pretrial events.
 Furthermore, The movant request that the court appoint him legal counsel from outside the
 public defenders office to represent him during all legal proceedings pertaining to his
 case  07-14016-CR-GRAHAM and this 2255 Habeas Corpus.


(b) Direct Appeal of Ground Six:        NONE
   (1) If you appealed from the judgement of conviction, did you raise this issue ?
       Yes ( )  No ( )   N/A
   (2) If you did not raise this issue in your direct appeal, explain why:
                            N/A
       _____
       _____


(c) Post Conviction Proceedings:
   (1) Did you raise this issue in any post - conviction motion, petition, or application ?
       Yes ( )  No ( )      N/A
   (2) If your answer to question (c)  (1) is "Yes," State: type of motion or petition:_____
       _____NONE_____
       Name and Location of the court where the motion or petition was filed:_____
       _____NONE_____

       Docket or case number_____ N/A _____
       Date of Courts decision:____N/A_____
       Results: ( attach a copy of the courts opinion or order, if available)_____
       _____NONE_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ NONE _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. NONE _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __ Mr Dave Lee Brannon, AFPD 450 Australian ave Suite 500, West Palm Beach, FL 33401  (561)820-8711 __

(b) At arraignment and plea: __ Mr Dave Lee Brannon _____

(c) At trial: _____ No Trial _____

(d) At sentencing: __ Mr Dave Lee Brannon _____

(e) On appeal: _____ No Appeals Filed, Legal counsel refused to file any appeals on behalf of the movant. _____

(f) In any post-conviction proceeding: _____ N/A _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ❑ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____ NONE _____

(b) Give the date the other sentence was imposed: _____ NONE _____

(c) Give the length of the other sentence: _____ N/A _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ❑  No ❑    N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*___ Movant is within the time allowed, Movant was Sentenced on July -16-2007,

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:  <u>Vacature of Sentence</u>
<u>and Dismissal of charges with prejudice.</u>

_____

or any other relief to which movant may be entitled.


<u>N o N E</u>

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>July 10th</u>
<u>2008</u>   (month, date, year).


Executed (signed) on <u>July 10th 2008</u>   (date).


Signature of Movant
Joseph Crutchley 75908-004

If the person signing is not movant, state relationship to movant and explain why movant is not

signing this motion. _____

_____

_____


IN FORMA PAUPERIS DECLARATION
<u>Southern District of Florida</u>


* * * * *

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FT. PIERCE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | **Case Number: 07-14016-CR-GRAHAM** |
| **JOSEPH  CRUTCHLEY** | |
| | USM Number: 75908-004 |
| | Counsel For Defendant: Dave Lee Brannon, AFPD |
| | Counsel For The United States: Corey Steinberg, AUSA |
| | Court Reporter: Carleen Horenkamp |

The defendant pleaded guilty to Count One of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Persuading, Inducing, Enticing or Coercing a Minor to Engage in Sexual Activity | February 12,  2007 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
July 16,  2007

DONALD L. GRAHAM
United States District Judge

July   23, 2007

DEFENDANT: JOSEPH CRUTCHLEY
CASE NUMBER: 07-14016-CR-GRAHAM

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 Months**. The defendant shall receive credit for time served as applicable by statute.

     The Court makes the following recommendation(s) to the Bureau of Prisons: that the defendant be designated to the Coleman  facility in South Florida.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
             Deputy U.S. Marshal

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: JOSEPH CRUTCHLEY
CASE NUMBER: 07-14016-CR-GRAHAM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **20 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons. The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: JOSEPH CRUTCHLEY
CASE NUMBER: 07-14016-CR-GRAHAM

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall register with the applicable sex offender registration agency as required by law. The probation officer will provide registration agency officials with any and all information required and my direct the defendant to report to that agency personally for additional processing, such as photographing and fingerprinting.

The defendant shall not possess or use any data encryption technique or program.

The defendant shall have no personal, mail, telephone, or computer contact with children/minors under the age18.

The defendant shall not be employed in a job requiring contact with children under the age of 18.

The defendant shall not be involved in any children's or youth organization.

The defendant shall participate in a sex offender treatment program to include psychological testing and polygraph examination. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

The defendant shall not buy, sell, exchange, possess, trade, or produce visual depictions of minors or adults engaged in sexually explicit conduct. The defendant shall not correspond or communicate in person, by mail, telephone, or computer, with individuals or companies offering to buy, sell, trade exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct.

The defendant shall not possess or use a computer that contains an internal, external or wireless modem without the prior approval of the Court.

The defendant shall permit third party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed upon the defendant.

The defendant shall submit to the U.S. Probation Officer conducting periodic unannounced searches of the defendant's person, property, house, residence, vehicles, papers, computer(s), other electronic communication or data storage devices or media, include retrieval and copying of all data from the computer(s) and any internal or external peripherals and effects at any time, with or without warrant by any law enforcement or probation officer with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release. The search may include the retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with other supervision conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection; and to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: JOSEPH CRUTCHLEY
CASE NUMBER: 07-14016-CR-GRAHAM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | | |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: JOSEPH CRUTCHLEY
CASE NUMBER: 07-14016-CR-GRAHAM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A.  Lump sum payment of **$100.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment is payable immediately to the CLERK, UNITED STATES COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **301 N. MIAMI AVENUE, ROOM 150**
    **MIAMI, FLORIDA 33128**

**The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES POSTAL SERVICE ®

PRIORITY MAIL

Joseph Crutchley
Reg # 75908-004
Coleman Correctional Complex
Coleman Low, C-3
P.O. Box 1031
Coleman Florida
33521-1031

Clerk of the Court
United States Federal Courthouse
300 South 6th Street, 2nd FL
Fort Pierce, Florida 34950

LEGAL MAIL

USPS INSPECTED
BY:

U.S. POSTAGE
PAID
COLEMAN, FL
33521
JUL 08
AMOUNT
$0.00
00050031-07

34950