REC'D by ___ D.C.

JUL 2 9 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

___ D.C.

JUL 2 8 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NUMBER |
| PLAINTIFF, ) | 07-14016-CR-GRAHAM |
| VS. ) | |
| JOSEPH CRUTCHLEY, ) | THIS VOLUME: |
| DEFENDANT. ) | PAGES 1 - 18 |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE HONORABLE FRANK J. LYNCH, JR., IN FORT PIERCE, SAINT LUCIE COUNTY, FLORIDA, ON MAY 4, 2007, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   COREY STEINBERG, A.U.S.A.

FOR THE DEFENDANT:    DAVE LEE BRANNON, A.F.P.D.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-14016-CR DLG
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____