UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-14016-CR DLG
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

___

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ABO D.C.

SEP 16 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>------------------ Plaintiff, | Fort Pierce, Florida |
| vs. | Case No.<br>07-14016-CR-DLG |
| JOSEPH CRUTCHLEY,<br>------------------ Defendant. | PAGES 1 THROUGH 10 |

TRANSCRIPT OF SENTENCING

BEFORE THE HONORABLE DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

JULY 16, 2007, 1:40 P.M.

ORIGINAL

APPEARANCES:

For the Plaintiff:   Ms. Rinku Talwar, AUSA
                     OFFICE OF U.S. ATTORNEY
                     505 S. 2nd Street
                     Suite 200
                     Fort Pierce, Florida  34950

For the Defendant:   Mr. Dave L. Brannon, AFPD
                     FEDERAL PUBLIC DEFENDER'S OFFICE
                     400 Australian Avenue N
                     Suite 300
                     West Palm Beach, Florida  33401-5634

Court Reporter:      Carly L. Horenkamp, RMR, CRR
                     U.S. District Court
                     400 N. Miami Avenue, Room 13-4
                     Miami, Florida  33128
                     (305) 523-5138