**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**
Case No. 08-14254-CIV-GRAHAM

**CLOSED**
**CIVIL**
**CASE**

JOSEPH CRUTCHLEY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

<u>**ORDER**</u>

    **THIS CAUSE** comes before the Court upon Joseph Crutchley's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1].

    **THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 4]. The Magistrate Judge issued two reports ultimately concluding that the motion to vacate should be denied on the merits. [<u>See</u> D.E. 16, 17.] The Movant filed objections [D.E. 18].

    **THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. The Movant's objections are meritless. Based thereon, it is hereby

    **ORDERED AND ADJUDGED** that the Magistrate Judge's Reports [D.E. 16, 17] are **AFFIRMED, ADOPTED AND RATIFIED** in their entirety. It is further

    **ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1] is **DENIED.**

It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.[1]

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of May, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Joseph Crutchley, Pro Se
     Counsel of Record

---

[1] In connection therewith, the record reveals that the Movant has filed a motion seeking to have the judgment in this matter sealed. [See D.E. 19] The Movant argues that publication of the underlying sex offenses in this cause may subject him to harassment by other inmates.  The Court denies Movant's request.

2