UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-14016-CR-GRAHAM

UNITED STATES OF AMERICA,

v.

JOSEPH CRUTCHLEY,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Defendant's admission to violation numbers 1 and 2 of the [D.E. 93].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Shaniek M. Maynard. On July 12, 2021, Magistrate Judge Maynard issued a Report and Recommendation recommending that Defendant be found to have violated his supervised release with respect to Violation Numbers 1 and 2 [D.E. 93].

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court.  Failure to file timely objections shall bar the parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the factual findings contained therein.  LoConte v. Dugger, 847 F.2d 745,

1

749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988). As of the date of this Order, no objections have been filed.

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [D.E. 93] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Defendant Joseph Crutchley is found to have violated his supervised release with respect to Violations 1 and 2 of the Petition.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of December, 2021.

```
                                    s/ Donald L. Graham
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc: All counsel of record